FILED: March 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1342
(3:19-cv-00159-JAG)

_____

JANE D. DICOCCO, MD

        Plaintiff - Appellant

v.

MERRICK B. GARLAND, Attorney General, United States Department of
Justice

        Defendant - Appellee

------------------------------

AARP; AARP FOUNDATION

        Amici Supporting Rehearing Petition

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having

voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

For the Court

/s/ Patricia S. Connor, Clerk